STUDEBAKER LEGAL SERVICES, P.C.
Michael P. Studebaker (USB 10027)
333 2nd Street, Suite 16
Ogden, UT 84404
Telephone: (385) 200-9901
Email: mike@utahadaadvocates.com
Attorney for Plaintiff

---

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| Samuel Burningham, | **NOTICE OF VOLUNTARY DISMISSAL** |
| Plaintiff, | |
| v. | Civil No.: 2:17-cv-00437-CW |
| Kid to Kid American Fork, LLC DBA Kid to Kid, | Judge Clark Waddoups |
| Defendant, | |

---

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

Plaintiff, Samuel Burningham, hereby voluntarily dismisses this action with prejudice.

/ / /

RESPECTFULLY SUBMITTED this July 6, 2017.

/s/ Michael P. Studebaker
**MICHAEL P. STUDEBAKER**
333 2nd Street, Suite 16
Ogden, UT 84404
Telephone: (385) 200-9901
Email: mike@utahadaadvocates.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of July, 2017 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record and e-mailed a copy of the same to:

Jack and Ele Morgan
**Kid to Kid American Fork**
kidtokidaf@gmail.com
*Defendant Representative*